PFE/REP March 2023
GJ#16

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. |
| ) | |
| KENNETH DAVID TITTLE, ) | |
| DAVID JOE PERKINS, ) | |
|    Also Known As "Pee Wee," and  ) | |
| CHRISTOPHER TROY ADAIR ) | |

## <u>INDICTMENT</u>

### <u>COUNT ONE</u>: [18 U.S.C. § 371]

The Grand Jury charges that:

#### <u>CONSPIRACY</u>

From in or about January, 2020, and continuing through in or about April, 2020, more exact dates being unknown to the Grand Jury, in Madison and Morgan counties, within the Northern District of Alabama, and elsewhere, the defendants,

**KENNETH DAVID TITTLE,
DAVID JOE PERKINS,
Also Known As "Pee Wee," and
CHRISTOPHER TROY ADAIR,**

did knowingly and willfully conspire and agree with each other and others known and unknown to the Grand Jury to receive, possess, conceal, and store stolen firearms, in violation of Title 18, United States Code, Section 922(j), and possess

and transfer machine guns, in violation of Title 18, United States Code, Section 922(o), all in violation of Title 18, United States Code, Section 371.

## MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that the defendants, along with others known and unknown, shared information about the location of a cache of property, including firearms, stored at a location on Norris Mill Road in Hartselle, Alabama. It was further a part of the conspiracy that the defendants, along with others known and unknown, travelled to the location where the property, including firearms was located. It was further a part of the conspiracy that the defendants, along with others known and unknown, removed items, including firearms, from the property and transported them to their respective residences in Morgan and Madison counties, Alabama. It was a further part of the conspiracy that the defendants stored the firearms at their respective residences. It was further a part of the conspiracy that the defendants attempted to clean and restore some of these firearms. It was further a part of the conspiracy that the defendants would sell or trade some of these firearms to others known and unknown to the grand jury.

## OVERT ACTS

In furtherance of the conspiracy and in order to effect its goals, the following overt acts, among others, were committed:

1. On or about February 1, 2020, defendants Kenneth David TITTLE and David Joe PERKINS travelled to a property located at .xxx Norris Mill Road, Hartselle, Alabama.

2. On or about February 1, 2020, defendants TITTLE and PERKINS broke into a tractor trailer located on the Norris Mill Road property.

3. On or about February 1, 2020, defendants TITTLE and PERKINS retrieved approximately 25 firearms from the trailer located on the Norris Mill Road property.

4. On or about February 1, 2020, defendants TITTLE and PERKINS divided the firearms they had obtained and transported them to their respective properties in Morgan County and Madison County, Alabama.

5. From on or about February 1, 2020, through March 16, 2020, defendant TITTLE stored and concealed firearms at his property in Morgan County, Alabama.

6. On or about February 2, 2020, defendants PERKINS and Christopher Troy ADAIR travelled to the Norris Mill Road property.

7. On or about February 2, 2020, defendants PERKINS and ADAIR retrieved additional firearms from the tractor trailer located on the Norris Mill Road property.

8. On or about February 2, 2020, defendants PERKINS and ADAIR transported these firearms to their property in Madison County, Alabama.

9.      From on or about February 1, 2020, through April 2, 2020, defendants PERKINS and ADAIR stored and concealed firearms at their property in Madison County, Alabama.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO: [18 U.S.C. § 922(j)]

The Grand Jury charges that:

On or about the 16th day of March, 2020, in Morgan County, within the Northern District of Alabama, the defendant,

**KENNETH DAVID TITTLE,**

Knowing and having reasonable cause to believe that the firearm(s) was stolen, did knowingly receive, possess, conceal, and store a firearm(s), that being, an Israel Military Industries 9mm pistol and a RPB Industries .45 caliber pistol, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(j).

## COUNT THREE: [18 U.S.C. § 922(o)]

The Grand Jury charges that:

On or about the 16th day of March, 2020, in Morgan County, within the Northern District of Alabama, the defendant,

**KENNETH DAVID TITTLE,**

did knowingly possess and transfer a machine gun(s), that being, an Israel Military Industries 9mm pistol and a RPB Industries .45 caliber pistol, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(o).

## COUNT FOUR: [18 U.S.C. § 922(g)(3)]

The Grand Jury charges that:

On or about the 16th day of March, 2020, in Morgan County, within the Northern District of Alabama, the defendant,

### KENNETH DAVID TITTLE,

Knowing that he was an unlawful user of and addicted to a controlled substance, did knowingly possess a firearm(s), that being, an Israel Military Industries 9mm pistol and a RPB Industries .45 caliber pistol, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT FIVE: [18 U.S.C. § 922(j)]

The Grand Jury charges that:

On or about the 28th day of February, 2020, in Madison County, within the Northern District of Alabama, the defendant,

### DAVID JOE PERKINS
### Also Known As "Pee Wee,"

Knowing and having reasonable cause to believe that the firearm was stolen, did knowingly receive, possess, conceal, and store a firearm, that being, a Davis Industries .25 caliber derringer pistol, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(j).

**COUNT SIX: [18 U.S.C. § 922(g)(3)]**

The Grand Jury charges that:

On or about the 28th day of February, 2020, in Madison County, within the Northern District of Alabama, the defendant,

**DAVID JOE PERKINS**
**Also Known As "Pee Wee,"**

Knowing that he was an unlawful user of and addicted to a controlled substance, did knowingly possess a firearm, that being, a Davis Industries .25 caliber derringer pistol, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(3).

**COUNT SEVEN: [18 U.S.C. § 922(j)]**

The Grand Jury charges that:

On or about the 2nd day of April, 2020, in Madison County, within the Northern District of Alabama, the defendant,

**DAVID JOE PERKINS**
Also Known As "Pee Wee,"

Knowing and having reasonable cause to believe that the firearm(s) was stolen, did knowingly receive, possess, conceal, and store a firearm(s), that being, a Remington 5.56 caliber rifle and a Luger 9mm carbine, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(j).

## COUNT EIGHT: [18 U.S.C. § 922(o)]

The Grand Jury charges that:

On or about the 2nd day of April, 2020, in Madison County, within the Northern District of Alabama, the defendant,

**DAVID JOE PERKINS**
Also Known As "Pee Wee,"

did knowingly possess and transfer a machine gun(s), that being, a Remington 5.56 caliber rifle and a Luger 9mm carbine, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(o).,

## COUNT NINE: [18 U.S.C. § 922(g)(3)]

The Grand Jury charges that:

On or about the 2nd day of April, 2020, in Madison County, within the Northern District of Alabama, the defendant,

## DAVID JOE PERKINS
## Also Known As "Pee Wee,"

Knowing that he was an unlawful user of and addicted to a controlled substance, did knowingly possess a firearm(s), that being, a Remington 5.56 caliber rifle and a Luger 9mm carbine, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(3).

**COUNT TEN: [18 U.S.C. § 922(j)]**

The Grand Jury charges that:

On or about the 19th day of February, 2020, in Morgan County, within the Northern District of Alabama, the defendant,

## CHRISTOPHER TROY ADAIR,

Knowing and having reasonable cause to believe that the firearm was stolen, did knowingly receive, possess, conceal, and store a firearm, that being, a Davis Industries .38 caliber derringer pistol, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(j).

**COUNT ELEVEN: [18 U.S.C. § 922(g)(3)]**

The Grand Jury charges that:

On or about the 19th day of February, 2020, in Morgan County, within the Northern District of Alabama, the defendant,

**CHRISTOPHER TROY ADAIR,**

Knowing that he was an unlawful user of and addicted to a controlled substance, did knowingly possess a firearm, that being, a Davis Industries .38 caliber derringer pistol, which had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(3).

A TRUE BILL


*/s/  Electronic Signature*
FOREPERSON OF THE GRAND JURY


        PRIM F. ESCALONA
        United States Attorney


        */s/  Electronic Signature*
        RUSSELL E. PENFIELD
        Assistant United States Attorney